IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.   08-cv-02437-WDM-MJW

JEAN MASON WIGHTMAN, individually and as surviving spouse of
JEFFREY STUART WIGHTMAN, deceased,

    Plaintiff(s),

v.

THE UNITED STATES OF AMERICA, DEPARTMENT OF TRANSPORTATION, FEDERAL AVIATION ADMINISTRATION,

    Defendant(s).
_____

**ORDER**
_____

    This matter is before me on the Defendant's "Notice of Associated Cases and Unopposed Motion to Transfer." Referring to this court's local rule requiring notice of a related case (D.C.COLO.LCivR 7.5) and a rule of unknown source ("LcivR40.5(c)(2)"), Defendant seeks an order transferring or reassigning this case to my colleague, The Honorable Robert E. Blackburn, who was assigned the pending case, Case No. 07-cv-00968-REB-CBS, claimed to be related.

    Although sympathetic to the need for a so-called related case rule, this court's

local rules contemplate that to achieve its goal the Defendant should file a motion to consolidate in the oldest case pending before Judge Blackburn.  See D.C.COLO.LCivR 40.1C.4.

Accordingly, Defendant's motion is denied without prejudice.

DATED at Denver, Colorado, on January 13, 2009.

BY THE COURT:


s/ Walker D. Miller
United States Senior District Judge