IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 07-cv-00968-REB-CBS
(Consolidated with Civil Action Nos. 07-cv-00971-REB-CBS and 07-cv-01087-REB-CBS)

TRUDIE M. ISKOWITZ, et al.,

    Plaintiffs,

v.

CESSNA AIRCRAFT COMPANY, et al.,

    Defendants.

---

Civil Action No. 08-cv-02437-WDM-MJW

JEAN MASON WIGHTMAN, individually and as surviving spouse of
JEFFREY STUART WIGHTMAN, deceased,

    Plaintiff(s),

v.

UNITED STATES OF AMERICA, DEPARTMENT OF TRANSPORTATION, and
FEDERAL AVIATION ADMINISTRATION,

    Defendant(s).

---

**ORDER GRANTING MOTION TO CONSOLIDATE**

**Blackburn, J.**

    This matter is before me on the **United States' Motion To Consolidate for** [#86], filed January 23, 2009. The United States seeks to consolidate Civil Action 08-cv-02437-WDM-MJW, *Jean Mason Wightman v. United States of America, Department of Transportation, Federal Aviation Administration* with the above-captioned consolidated cases. No responses to the motion have been filed.

As required by D.C.COLO.LCivR 7.1, counsel for the Untied States has contacted the other parties to determine if they oppose the relief sought by the United States. Counsel for plaintiff Wightman does not oppose consolidation. Counsel for plaintiffs Iskowitz, Coffman, and Winston oppose consolidation. Defendants Cessna Aircraft Company and Martinair, Inc., do not oppose consolidation. Counsel for defendant Goodrich Corp. takes no position on consolidation.

All of the above-captioned cases arise from the crash of a Cessna Citation business jet near Pueblo, Colorado, on February 16, 2005. Two pilots and six passengers were killed in the crash. Under FED. R. CIV. P. 42(a), the court may consolidate cases involving common questions of law or fact. Common questions of law and fact are predominant in the above-captioned cases. To the extent any of these cases involves issues unique to a particular case, proceedings can be adjusted readily to resolve those unique issues. I grant the motion to consolidate.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **United States' Motion To Consolidate for** [#86] filed January 23, 2009, is **GRANTED**;

2. That under FED. R. CIV. P. 42(a)(2), and D.C.COLO.LCivR 42.1, Civil Action 08-cv-02437-WDM-MJW, *Jean Mason Wightman v. United States of America, Department of Transportation, Federal Aviation Administration* is **CONSOLIDATED** with Civil Action No. 07-cv-00968-REB-CBS for all purposes;

3. That under D.C.COLO.LCivR 42.1, Civil Action No. 08-cv-02437-WDM-MJW **IS REASSIGNED** to this court and to Magistrate Judge Shaffer;

4. That the these consolidated actions **SHALL** be captioned as follows:

Civil Action No. 07-cv-00968-REB-CBS
(Consolidated with Civil Action Nos. 07-cv-00971-REB-CBS, 07-cv-01087-REB-CBS, and 08-cv-02437-REB-CBS)

TRUDIE M. ISKOWITZ, et al.,

    Plaintiffs,

v.

CESSNA AIRCRAFT COMPANY, et al.,

Defendants.

Dated March 5, 2009, at Denver, Colorado.

                          **BY THE COURT:**

                          Robert E. Blackburn
                          United States District Judge