IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 08-cv-02437-REB-CBS
(Consolidated with 09-cv-00835-REB-CBS and 09-cv-01145-REB-CBS)

JEAN MASON WIGHTMAN, et al.,

    Plaintiffs,

v.

THE UNITED STATES OF AMERICA,
DEPARTMENT OF TRANSPORTATION, and
FEDERAL AVIATION ADMINISTRATION,

    Defendants.

## ORDER APPROVING STIPULATIONS FOR DISMISSAL

**Blackburn, J.**

The matter is before me on the following: (1) the **Stipulation For Dismissal With Prejudice Civil Action No. 09-cv-00835-REB-CBS** [#29][1]; and (2) the **Stipulation For Dismissal With Prejudice Civil Action No. 09-cv-01145-REB-CBS** [#29] filed October 18, 2010. After reviewing the stipulations and the file, I conclude that the stipulations should be approved and that these actions should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice Civil Action No. 09-cv-00835-REB-CBS** [#29] is **APPROVED**;

---

[1] "{#29}" is the example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2. That Civil Action No. 09-cv-00835-REB-CBS is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That the **Stipulation For Dismissal With Prejudice Civil Action No. 09-cv-01145-REB-CBS** [#29] filed October 18, 2010, is **APPROVED**;

4. That Civil Action No. 09-cv-01145-REB-CBS is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

5. That, given the dismissal of Civil Action No. 09-cv-00835-REB-CBS and Civil Action No. 09-cv-01145-REB-CBS, the caption of this case is **AMENDED** to appear as shown below:

---

Civil Case No. 08-cv-02437-REB-CBS

JEAN MASON WIGHTMAN, et al.,

    Plaintiffs,

v.

THE UNITED STATES OF AMERICA,
DEPARTMENT OF TRANSPORTATION, and
FEDERAL AVIATION ADMINISTRATION,

    Defendants.

---

Dated October 18, 2010, at Denver, Colorado.

                               **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge